

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BIJAN OUGHATIYAN, | ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 5418 |
| v. | ) ) | |
| IPC THE HOSPITALIST COMPANY, INC., a California corporation, *et al.*, | ) ) ) | Chief Judge Castillo |
| Defendants. | ) | **FILED UNDER SEAL** |

## THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the court that it hereby intervenes and intends to proceed with this action. The United States intends to file its complaint within 120 days.

The United States requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

By: *Eric S. Pruitt*
ERIC S. PRUITT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5496
eric.pruitt@usdoj.gov

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ELIZABETH A. RINALDO
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America

Dated: December 2, 2013