IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel* BIJAN OUGHATIYAN; THE )<br>STATE OF CALIFORNIA *ex rel* BIJAN )<br>OUGHATIYAN; THE STATE OF )<br>DELAWARE *ex rel* BIJAN OUGHATIYAN; )<br>THE STATE OF FLORIDA *ex rel* BIJAN )<br>OUGHATIYAN; THE STATE OF GEORGIA )<br>*ex rel* BIJAN OUGHATIYAN; THE STATE )<br>OF ILLINOIS *ex rel* BIJAN OUGHATIYAN; )<br>THE STATE OF MASSACHUSETTS )<br>*ex rel* BIJAN OUGHATIYAN; THE STATE )<br>OF MICHIGAN *ex rel* BIJAN OUGHATIYAN )<br>THE STATE OF NEVADA *ex rel* BIJAN )<br>OUGHATIYAN; THE STATE OF NEW )<br>HAMPSHIRE *ex rel* BIJAN OUGHATIYAN; )<br>THE STATE OF NEW JERSEY *ex rel* BIJAN )<br>OUGHATIYAN; THE STATE OF )<br>OKLAHOMA *ex rel* BIJAN OUGHATIYAN; )<br>THE STATE OF TENNESSEE *ex rel* BIJAN )<br>OUGHATIYAN; THE STATE OF TEXAS )<br>*ex rel* BIJAN OUGHATIYAN, )<br>  )<br>                Plaintiffs )<br>  )<br>    v. )<br>  )<br>IPC THE HOSPITALIST COMPANY, )<br>INC., a California corporation; IPC )<br>HOSPITALIST OF COLORADO, INC., )<br>a Colorado corporation; IPC THE )<br>HOSPITALIST MANAGEMENT )<br>COMPANY, LLC, a Delaware limited )<br>liability company; INPATIENT )<br>CONSULTANTS OF ALABAMA, INC., )<br>an Alabama corporation; INPATIENT )<br>CONSULTANTS OF DELAWARE, INC., )<br>d/b/a IPC OF DELAWARE, a Delaware )<br>corporation; INPATIENT CONSULTANTS )<br>OF FLORIDA, INC., d/b/a IPC OF )<br>FLORIDA and IPC OF FLORIDA, INC., )<br>a Florida corporation; INPATIENT )<br>CONSULTANTS OF KENTUCKY, INC. ) | Case No. 09 C 5418 **(UNDER SEAL)**<br><br>Chief Judge Ruben Castillo<br><br>**FILED IN CAMERA AND**<br>**UNDER SEAL**<br><br>**Pursuant to U.S.C. §3730(b)(2)** |

| | |
|---|---|
| a Kentucky corporation; INPATIENT CONSULTANTS OF MISSOURI, INC., d/b/a IPC OF MISSOURI, a Missouri corporation; INPATIENT CONSULTANTS OF MISSISSIPPI, INC., a Mississippi corporation; INPATIENT CONSULTANTS OF UTAH, INC., d/b/a IPS OF UTAH, a Utah corporation; HOSPITALISTS, INC., d/b/a HOSPITALISTS OF CALIFORNIA, INC., a California corporation, HOSPITALISTS MANAGEMENT OF NEW HAMPSHIRE, INC., a New Hampshire corporation; HOSPITALISTS OF ARIZONA, INC., an Arizona corporation; HOSPITALISTS OF ILLINOIS, INC., an Illinois corporation; HOSPITALISTS OF GEORGIA, INC., a Georgia corporation; HOSPITALISTS OF MARYLAND, INC., a Maryland corporation; HOSPITALISTS OF MICHIGAN, INC., a Michigan corporation; HOSPITALISTS OF NORTH CAROLINA, INC., a North Carolina corporation; HOSPITALISTS OF NEVADA, INC., a Missouri corporation; HOSPITALISTS OF OHIO, INC., an Ohio corporation; HOSPITALISTS OF PENNSYLVANIA, INC., a Pennsylvania corporation; HOSPITALISTS OF TENNESSEE, INC., a Tennessee corporation, HOSPITALISTS OF TEXAS, L.P., a California limited partnership; HOSPITALISTS SERVICES OF FLORIDA, INC., a Florida corporation; and INPATIENT CONSULTANTS OF WYOMING, LLC, a Wyoming limited liability company,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

The State of Illinois, on behalf of itself and the States of California, Delaware, Florida, Georgia, Massachusetts, Michigan, Nevada, New Hampshire, New Jersey, Oklahoma, Tennessee, Texas (collectively, the "Plaintiff States") has notified the Court of the State of

Illinois' and the other Plaintiff States' decision not to intervene in this action, pursuant to 740 ILCS §175/4(b)(4)(B) and the other Plaintiff States' respective false claims acts.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall serve all pleadings, motions and orders subsequently filed in this action on the State of Illinois and the other Plaintiff States.

2. The State of Illinois and the other Plaintiff States are entitled to order any deposition transcripts.

3. The State of Illinois and the other Plaintiff States are entitled to intervene in the action, for good cause shown, at a later date.

4. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the State of Illinois and the other Plaintiff States before ruling or granting its approval.

So ORDERED this 3rd day of December, 2013.

_____
Honorable Ruben Castillo