IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BIJAN OUGHATIYAN, <br><br> Plaintiffs, <br><br> v. <br><br> IPC THE HOSPITALIST COMPANY, INC., a California corporation; *et al.*; <br><br> Defendants. | ) ) ) ) ) ) No. 09 CV 5418 ) ) Honorable Joan H. Lefkow ) ) ) ) |

### DEFENDANTS' JOINT MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER CLAIMS AGAINST THE DEFENDANTS

Defendants IPC The Hospitalist Company, Inc.; IPC Hospitalists of Colorado, Inc.; IPC The Hospitalist Management Company, LLC; Inpatient Consultants of Alabama, Inc.; Inpatient Consultants of Delaware, Inc., d/b/a IPC of Delaware; Inpatient Consultants of Florida, Inc., d/b/a IPC of Florida and IPC of Florida Inc.; Hospitalists of Kentucky, Inc.; Inpatient Consultants of Missouri Inc., d/b/a IPC of Missouri; Inpatient Consultants of Mississippi, Inc.; Inpatient Consultants of Utah, Inc., d/b/a IPC of Utah; Hospitalists of California, LLC; Hospitalists Management of New Hampshire, Inc.; Hospitalists of Arizona, Inc. (d/b/a Hospitalists of Arizona and InPatient Consultants of Arizona); Hospitalists of Illinois, Inc.; Hospitalists of Georgia, Inc.; Hospitalists of Maryland, Inc.; Hospitalists of Michigan, Inc.; Hospitalists of North Carolina, Inc.; Hospitalists of Nevada, Inc.; Hospitalists of Ohio, Inc.; Hospitalists of Pennsylvania, Inc.; Hospitalists of South Carolina, Inc.; Hospitalists of Tennessee, Inc.; Hospitalists of Texas, L.P.; Hospitalist Services of Florida, Inc.; Inpatient Consultants of Wyoming, LLC (d/b/a IPC of Wyoming, LLC); Inpatient Consultants of California, Inc.; IPC Hospitalists of New Mexico, Inc.; IPC Management Consultants of New

York, Inc.; and Hospitalist Management Consultants of New York, Inc. (collectively referred to as "Defendants") respectfully request the Court to dismiss the Complaint in Intervention (the "Complaint") filed by the United States of America, *ex rel.* Bijan Oughatiyan (the "Intervener") with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). In the alternative, Defendants respectfully request that this Court sever claims against the Defendants pursuant to Federal Rule of Civil Procedure 21.

Defendants seek this relief for the following reasons and for the reasons set forth in the accompanying memorandum of law.

1. First, the Intervener's allegations should be dismissed because each of the Defendants' supposed participation in the purported scheme is not alleged with plausibility, let alone the particularity that is required by the False Claims Act.

2. Second, the Intervener's claims fail because the Complaint does not plausibly allege—or even attempt to allege—any facts suggesting that each of the Defendants had *any* involvement in the conduct alleged in the Complaint. The wholesale lumping of 30 Defendants into one undifferentiated mass falls far short of the applicable standards for pleading a claim against these entities.

3. Third, the Intervener lacks standing because the Complaint does not allege any injury that is fairly traceable to the conduct of any of the Defendants.

4. Fourth, and in the alternative, this Court should sever claims against the Defendants because the claims against each of the Defendants do not arise out of the same transaction, occurrence, or series of transactions or occurrences.

WHEREFORE, for these reasons and as explained in the accompanying Memorandum of Law, the Complaint should be dismissed with prejudice.

Dated: August 13, 2014	Respectfully Submitted,

By: /s/ Tinos Diamantatos
Scott T. Schutte
Tinos Diamantatos
Megan R. Braden
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 324-1000
Email: sschutte@morganlewis.com
tdiamantatos@morganlewis.com
mbraden@morganlewis.com

Scott A. Memmott
Howard J. Young
Holly C. Barker
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 739-3000
Email: smemmott@morganlewis.com
hyoung@morganlewis.com
hbarker@morganlewis.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I, Tinos Diamantatos, an attorney, do hereby certify that on August 13, 2014, I electronically filed the foregoing document using the electronic case filing system, which will send electronic notification of such filing to all parties that have appeared in this action including:

Eric S. Pruitt
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-5496
Email: eric.pruitt@usdoj.gov

David Joel Chizewer
Goldberg Kohn Ltd.
Mid-Continental Plaza
55 East Monroe Street #3300
Chicago, IL 60603
(312) 201-4000
Email: david.chizewer@goldbergkohn.com

Frederick H. Cohen
Goldberg Kohn Ltd.
Mid-Continental Plaza
55 East Monroe Street #3300
Chicago, IL 60603
(312) 201-4000
Email: frederick.cohen@goldbergkohn.com

Matthew K. Organ
Goldberg Kohn Ltd.
Mid-Continental Plaza
55 East Monroe Street #3300
Chicago, IL 60603
(312) 201-4000
Email: matthew.organ@goldbergkohn.com

  I caused a copy to be served via U.S. Mail on the following:

Heather A. Tullio
Assistant Attorney General
Medicaid Fraud Bureau
Office of the Illinois Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601

Elizabeth Rinaldo
U.S. Department of Justice
Patrick Henry Building
601 D Street, Room 9134
Washington, D.C. 20530

James Apostolico
Deputy Attorney General
Delaware MFCU
820 North French Street, 5th Floor
Wilmington, DE 19801

Brian V. Frankel
Supervising Deputy Attorney General
California MFCU
1455 Frazee Road, Suite 315
San Diego, CA 92108

Elizabeth White
Assistant Attorney General
Georgia MFCU
2800 Piedmont Avenue S.E.
West Tower, 19th Floor
Atlanta, GA 30334

Gretchen Wallace
Senior Assistant Attorney General
Florida MFCU
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399

4

5

Jeff Schroder
Assistant Attorney General
Michigan MFCU
Office of the Attorney General
PO Box 30218
Lansing, MI  48909

Karin Eckel
Director
New Hampshire MFCU
33 Capital Street
Concord, NH  03301

Niki S. Batt
Assistant Attorney General
Oklahoma MFCU
313 NE 21st Street
Oklahoma City, OK  73105

Susan J. Arenella
Assistant Attorney General
Civil Medicaid Fraud Division
Texas Office of the Attorney General
PO Box 12548
Austin, TX  78711

Robert Patten
Assistant Attorney General
Massachusetts MFCU
One Ashburton Place, Room 1813
Boston, MA  02108

Mark N. Kemberling
Director
Nevada MFCU
555 East Washington Avenue, Suite 3900
Las Vegas, NV  89101

Joshua Lichtblau
Assistant Attorney General
New Jersey MFCU
P.O. Box 085
Trenton, NJ  08625-0085

Valerie Smith
Staff Attorney/Special Agent
Tennessee MFCU
901 R.S. Gass Blvd.
Nashville, TN  37216


/s/ Tinos Diamantatos
Tinos Diamantatos