IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.,* *ex rel.* BIJAN OUGHATIYAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09 C 5418 |
| v. | ) ) | Judge Joan H. Lefkow |
| IPC THE HOSPITALIST COMPANY, INC., et al. | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants' motion to dismiss [50] is granted in part and denied in part. Enter Opinion and Order. All of the defendants, except for IPC The Hospitalist Company, Inc., are dismissed without prejudice. IPC The Hospitalist Company, Inc. remains as the only defendant in this case. Status hearing is set for March 31, 2015 at 11:00 a.m.

Date: February 17, 2015

_____
U.S. District Judge Joan H. Lefkow