IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | |
| BIJAN OUGHATIYAN, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | No. 09 CV 5418 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| IPC THE HOSPITALIST CO., INC., ) | |
| a Delaware Corporation, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs the State of California, the State of Delaware, the State of Florida, the State of Georgia, the State of Illinois, the State of Massachusetts, the State of Michigan, the State of Nevada, the State of New Hampshire, the State of New Jersey, the State of Oklahoma, the State of Tennessee, and the State of Texas (hereafter "Plaintiff States"), Relator Bijan Oughatiyan ("Relator") and IPC Healthcare, Inc. ("IPC") (f/k/a IPC The Hospitalist Company, Inc., and now TeamHealth Holdings, Inc. ("TeamHealth"), as successor-in-interest to IPC) (hereafter "Defendant"), hereby stipulate and agree that all of the claims brought on behalf of the Plaintiff States by Relator in this action shall be dismissed with prejudice as against the Defendant subject to the following terms and conditions:

1. The Parties have executed written settlement agreements ("Settlement Agreements") in compromise and settlement of the claims brought on behalf of the Plaintiff States by Relator against Defendant for the "Covered Conduct" as defined in the Settlement Agreements. This joint stipulation of dismissal is consistent with the terms of the Settlement Agreements.

2. The Plaintiff States and Relator voluntarily dismiss, with prejudice, the claims asserted in Counts II through XIV of Relator's Complaint (Dkt. No. 1) against Defendant and its named subsidiaries and affiliates, which were brought by Relator on behalf of the Plaintiff States, for the Covered Conduct described in the Settlement Agreements.

3. The Plaintiff States and Relator agree that the amount and terms of the Settlement Agreements are fair, adequate and reasonable.

4. The Plaintiff States and Relator have reached agreement in full settlement of any claims the Relator may have for a share of the proceeds of the settlement.

5. The Court will retain jurisdiction over the Parties to the extent necessary to enforce the terms and conditions of the Settlement Agreements.

6. A proposed Order accompanies this Joint Stipulation of Dismissal With Prejudice.

Respectfully submitted,

Dated: May 23, 2017
GOLDBERG KOHN LTD.

By: /s/ Matthew K. Organ (with consent)

Matthew K. Organ
Goldberg Kohn Ltd.
55 East Monroe Street #3300
Chicago, IL 60603
Tel.: (312) 201-4000
matthew.organ@goldbergkohn.com

*Attorney for Relator*

-3-

                    MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Tinos Diamantatos (with consent)

      Tinos Diamantatos
      Megan R. Braden
      MORGAN, LEWIS & BOCKIUS LLP
      77 West Wacker Drive
      Chicago, IL 60601
      Tel.: (312) 324-1000
      tdiamantatos@morganlewis.com
      mbraden@morganlewis.com

      Scott A. Memmott
      Howard J. Young
      Holly C. Barker
      MORGAN, LEWIS & BOCKIUS LLP
      1111 Pennsylvania Avenue, NW
      Washington, DC 20004
      Tel.: (202) 739-3000
      smemmott@morganlewis.com
      hyoung@morganlewis.com
      hbarker@morganlewis.com

*Attorneys for Defendants*


By:  /s/ Heather Tullio D'Orazio (with consent)

      Heather Tullio D'Orazio
      Assistant Attorney General
      Medicaid Fraud Bureau
      Office of the Illinois Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601
      Tel: (312) 814-8750
      Email: Hdorazio@atg.state.il.us

*Attorney for the State of Illinois*

## **CERTIFICATE OF SERVICE**

I, Matthew K. Organ, an attorney, do hereby certify that on May 23, 2017, I electronically filed the foregoing document using the electronic case filing system, which will send electronic notification of such filing to all parties that have appeared in this action.

/s/ Matthew K. Organ